B6B (Official Form 6B) (12/07)

In re **Howard Scott Linker**, Case No. **13-13216-shl**
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **$44,500 in both attorney's IOLA/trust account and in debtor's safety deposit box** | - | 44,500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account: $50** **Savings account: $0** | - | 50.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **$1,543.27- security deposit held by landlord** | - | 1,543.27 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Various items of household goods, including pots and pans, dishes, television, couch, mattress and boxspring, and laptop computer.** | - | Unknown |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **miscellaneous photographs of family and debtor's late partner** | - | Unknown |
| 6. Wearing apparel. | | **Miscellaneous items of ordinary clothing, including trousers, shirts, shoes, coats, and etc.** | - | Unknown |
| 7. Furs and jewelry. | | **Various items of personal jewelry including items inherited from debtor's late partner and items that are pledged to creditor Provident Loan Society as security for various loans. The items subject to Provident's security interest include three (3) bracelets, two (2) chains, one (1) pendant, three (3) watches, two (2) cufflinks, eight (8) rings, including one (1) damaged ring, and four (4) earrings.** | - | Unknown |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

| | Sub-Total > (Total of this page) | **46,093.27** |
|---|---|---|

  **3**   continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re  **Howard Scott Linker**                                           , Case No.  **13-13216-shl**
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >       **0.00**
(Total of this page)

Sheet  **1**  of  **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Howard Scott Linker**                                                                         ,       Case No. __**13-13216-shl**__
                                      Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

|  |  | Sub-Total > | **0.00** |
|---|---|---|---|
|  |  | (Total of this page) | |

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

In re **Howard Scott Linker**, Case No. **13-13216-shl**
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

Sub-Total > **0.00**
(Total of this page)
Total > **46,093.27**

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re **Howard Scott Linker**, Case No. **13-13216-shl**
                                                    Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| $44,500 in both attorney's IOLA/trust account and in debtor's safety deposit box | NYCPLR § 5205(d)(2)<br>Debtor & Creditor Law § 283(2) | 44,500.00<br>Unknown | 44,500.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account: $50 | NYCPLR § 5205(a)(9) | 50.00 | 50.00 |
| Savings account: $0 | Debtor & Creditor Law § 283(2) | 50.00 | |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| $1,543.27- security deposit held by landlord | NYCPLR § 5205(g) | 1,543.27 | 1,543.27 |
| **Household Goods and Furnishings** | | | |
| Various items of household goods, including pots and pans, dishes, television, couch, mattress and boxspring, and laptop computer. | NYCPLR § 5205(a)(5) | Unknown | Unknown |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| miscellaneous photographs of family and debtor's late partner | NYCPLR § 5205(a)(6)<br>Debtor & Creditor Law § 283(1)<br>NYCPLR § 5205(a)(2) | 0.00<br>0.00<br>0.00 | Unknown |
| **Wearing Apparel** | | | |
| Miscellaneous items of ordinary clothing, including trousers, shirts, shoes, coats, and etc. | NYCPLR § 5205(a)(5) | Unknown | Unknown |
| **Furs and Jewelry** | | | |
| Various items of personal jewelry including items inherited from debtor's late partner and items that are pledged to creditor Provident Loan Society as security for various loans. The items subject to Provident's security interest include three (3) bracelets, two (2) chains, one (1) pendant, three (3) watches, two (2) cufflinks, eight (8) rings, including one (1) damaged ring, and four (4) earrings. | NYCPLR § 5205(a)(6)<br>NYCPLR § 5205(a)(9) | Unknown<br>0.00 | Unknown |

Total: **46,143.27** **46,093.27**

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Howard Scott Linker**, Case No. **13-13216-shl**
                           Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
   List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
   If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Internal Revenue Service**<br>**ATTN: Deborah L. Dixon**<br>**110 West 44th Street**<br>**New York, NY 10036** | | - | **various**<br>**Statutory Lien**<br><br>Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br>**IRS Centralized Insolvency**<br>**Centralized Insolvency Op.**<br>**PO Box 2116**<br>**Philadelphia, PA 19114-0326** | | - | **federal tax lien**<br>**$44,500 in both attorney's IOLA/trust account and in debtor's safety deposit box**<br>Value $ **44,500.00** | | | | **68,986.19** | **24,486.19** |
| Account No.<br>**IRS Centralized Insolvency**<br>**Centralized Insolvency Op.**<br>**PO Box 2116**<br>**Philadelphia, PA 19114-0326** | | - | **federal tax lien**<br>**$1,543.27- security deposit held by landlord**<br><br>Value $ **1,543.27** | | | | **68,986.19** | **67,442.92** |
| Account No.<br>**IRS Centralized Insolvency**<br>**Centralized Insolvency Op.**<br>**PO Box 2116**<br>**Philadelphia, PA 19114-0326** | | - | **federal tax lien**<br>**Miscellaneous items of ordinary clothing, including trousers, shirts, shoes, coats, and etc.**<br>Value $ **Unknown** | | | | **68,986.19** | **Unknown** |
| **5** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **206,958.57** | **91,929.11** |

B6D (Official Form 6D) (12/07) - Cont.

In re **Howard Scott Linker**, Case No. **13-13216-shl**
                                     Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>IRS Centralized Insolvency<br>Centralized Insolvency Op.<br>PO Box 2116<br>Philadelphia, PA 19114-0326 | | - | **federal tax lien**<br><br>**Various items of household goods, including pots and pans, dishes, television, couch, mattress and boxspring, and laptop computer.**<br><br>Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>IRS Centralized Insolvency<br>Centralized Insolvency Op.<br>PO Box 2116<br>Philadelphia, PA 19114-0326 | | - | **federal tax lien**<br><br>**Checking account: $50**<br>**Savings account: $0**<br><br>Value $ **50.00** | | | | **68,986.19** | **68,936.19** |
| Account No.<br><br>IRS Centralized Insolvency<br>Centralized Insolvency Op.<br>PO Box 2116<br>Philadelphia, PA 19114-0326 | | - | **federal tax liens**<br>**Various items of personal jewelry including items inherited from debtor's late partner and items that are pledged to creditor Provident Loan Society as security for various loans. The items subject to Provident's security interest include**<br><br>Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>IRS Centralized Insolvency<br>Centralized Insolvency Op.<br>PO Box 2116<br>Philadelphia, PA 19114-0326 | | - | **federal tax liens**<br><br>**miscellaneous photographs of family and debtor's late partner**<br><br>Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>**NJ Division of Taxation**<br>**Bankruptcy Section**<br>**PO Box 245**<br>**Trenton, NJ 08695-0245** | | - | **Statutory Lien**<br><br><br><br>Value $ **Unknown** | | | | **Unknown** | **Unknown** |

Sheet **1** of **5** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **68,986.19** **68,936.19**

B6D (Official Form 6D) (12/07) - Cont.

In re **Howard Scott Linker**, Case No. **13-13216-shl**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>NJ Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245 | | - | tax lien<br><br>$44,500 in both attorney's IOLA/trust account and in debtor's safety deposit box<br><br>Value $     44,500.00 | | | | **Unknown** | **Unknown** |
| Account No.<br><br>NJ Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245 | | - | tax lien<br><br>Miscellaneous items of ordinary clothing, including trousers, shirts, shoes, coats, and etc.<br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>NJ Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245 | | - | tax lien<br><br>Checking account: $50<br>Savings account: $0<br><br>Value $     50.00 | | | | **Unknown** | **Unknown** |
| Account No.<br><br>NJ Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245 | | - | tax lien<br><br>$1,543.27- security deposit held by landlord<br><br>Value $     1,543.27 | | | | **Unknown** | **Unknown** |
| Account No.<br><br>NJ Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245 | | - | tax liens<br><br>Various items of household goods, including pots and pans, dishes, television, couch, mattress and boxspring, and laptop computer.<br><br>Value $     **Unknown** | | | | **Unknown** | **Unknown** |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)     0.00     0.00

B6D (Official Form 6D) (12/07) - Cont.

In re **Howard Scott Linker**, Case No. **13-13216-shl**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>NJ Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245 | | - | **tax liens**<br>**Various items of personal jewelry including items inherited from debtor's late partner and items that are pledged to creditor Provident Loan Society as security for various loans. The items subject to Provident's security interest include**<br>Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>NJ Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245 | | - | **tax liens**<br><br>**miscellaneous photographs of family and debtor's late partner**<br><br>Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>NYS Dept Taxation and Finance<br>Office of Counsel<br>Building 9, WA Harriman Campus<br>Albany, NY 12227 | | - | **Statutory Lien**<br><br><br>Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>NYS Dept Taxation and Finance<br>Office of Counsel<br>Building 9, WA Harriman Campus<br>Albany, NY 12227 | | - | **NYS tax warrant**<br><br>**$44,500 in both attorney's IOLA/trust account and in debtor's safety deposit box**<br><br>Value $ **44,500.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>NYS Dept Taxation and Finance<br>Office of Counsel<br>Building 9, WA Harriman Campus<br>Albany, NY 12227 | | - | **NYS tax warrant**<br><br>**Miscellaneous items of ordinary clothing, including trousers, shirts, shoes, coats, and etc.**<br><br>Value $ **Unknown** | | | | **Unknown** | **Unknown** |

Sheet **3** of **5** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page): **0.00** | **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re **Howard Scott Linker**, Case No. **13-13216-shl**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>NYS Dept Taxation and Finance<br>Office of Counsel<br>Building 9, WA Harriman Campus<br>Albany, NY 12227 | | - | **tax warrant**<br><br>**Checking account: $50**<br>**Savings account: $0**<br><br>Value $ **50.00** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>NYS Dept Taxation and Finance<br>Office of Counsel<br>Building 9, WA Harriman Campus<br>Albany, NY 12227 | | - | **tax warrant**<br><br>**$1,543.27- security deposit held by landlord**<br><br>Value $ **1,543.27** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>NYS Dept Taxation and Finance<br>Office of Counsel<br>Building 9, WA Harriman Campus<br>Albany, NY 12227 | | - | **tax warrants**<br><br>**Various items of household goods, including pots and pans, dishes, television, couch, mattress and boxspring, and laptop computer.**<br><br>Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>NYS Dept Taxation and Finance<br>Office of Counsel<br>Building 9, WA Harriman Campus<br>Albany, NY 12227 | | - | **tax warrant**<br><br>**miscellaneous photographs of family and debtor's late partner**<br><br>Value $ **Unknown** | | | | **Unknown** | **Unknown** |
| Account No.<br><br>Provident Loan Society of NY<br>346 Park Avenue South<br>New York, NY 10010-1708 | | - | **possessory lien/pawn**<br>**Various items of personal jewelry including items inherited from debtor's late partner and items that are pledged to creditor Provident Loan Society as security for various loans. The items subject to Provident's security interest include**<br><br>Value $ **Unknown** | | | | **Unknown** | **Unknown** |

Sheet **4** of **5** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **0.00** **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re **Howard Scott Linker**, Case No. **13-13216-shl**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Stuyvesant Town** Legal Dept, Gregory Claude 317 Avenue C New York, NY 10009 | - | | security deposit for residential lease $1,543.27- security deposit held by landlord Value $ 1,543.27 | | | X | **Unknown** | **Unknown** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **5** of **5** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page): **0.00** | **0.00**

Total (Report on Summary of Schedules): **275,944.76** | **160,865.30**

B6E (Official Form 6E) (4/13)

.

In re  **Howard Scott Linker**                                                   ,   Case No.   **13-13216-shl**
                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**1** continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Howard Scott Linker**, Case No. **13-13216-shl**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**IRS Centralized Insolvency**<br>**Centralized Insolvency Op.**<br>**PO Box 2116**<br>**Philadelphia, PA 19114-0326** | - | | | | | | Unknown | | Unknown |
| Account No.<br>**NJ Division of Taxation**<br>**Bankruptcy Section**<br>**PO Box 245**<br>**Trenton, NJ 08695-0245** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br>**NYS Dept Taxation and Finance**<br>**Office of Counsel**<br>**Building 9, WA Harriman Campus**<br>**Albany, NY 12227** | - | | | | | | Unknown | Unknown | Unknown |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) 0.00 | 0.00 | 0.00

Total (Report on Summary of Schedules) 0.00 | 0.00 | 0.00

B6F (Official Form 6F) (12/07)

In re **Howard Scott Linker**, Case No. **13-13216-shl**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Stuyvesant Town<br>Legal Dept, Gregory Claude<br>317 Avenue C<br>New York, NY 10009 | | - | | | | X | **Unknown** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

__0__ continuation sheets attached

Subtotal (Total of this page) **0.00**

Total (Report on Summary of Schedules) **0.00**

**B6G (Official Form 6G) (12/07)**

.

In re  **Howard Scott Linker**                                           ,        Case No.   **13-13216-shl**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **M&T Bank**<br>  397 1st Ave<br>New York, NY 10010 | **Rental of safe deposit box with M&T Bank** |
| **Stuyvesant Town**<br>**Legal Dept, Gregory Claude**<br>**317 Avenue C**<br>**New York, NY 10009** | **lease on debtor's apartment** |

    **0**
    _____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Howard Scott Linker**                          ,          Case No.   **13-13216-shl**
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0** continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **Howard Scott Linker**                                                  Case No. **13-13216-shl**
                                  Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | |
| How long employed | | |
| Address of Employer | | |

|  | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ N/A |
|    b. Insurance | $ 0.00 | $ N/A |
|    c. Union dues | $ 0.00 | $ N/A |
|    d. Other (Specify): | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): **Social security** | $ 1,804.00 | $ N/A |
|     **unemployment compensation** | $ 1,459.50 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | $ 0.00 | $ N/A |
|  | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 3,263.50 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 3,263.50 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,263.50 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **The unemployment compensation of $350 (currently; this amount changes weekly due to the current government shutdown) per week will be ending in approximately 10 weeks and should therefore not be taken into account in determining the debtor's current monthly income.**

B6J (Official Form 6J) (12/07)
In re  **Howard Scott Linker**                                             Case No.  **13-13216-shl**
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ **1,543.27** |
|    a. Are real estate taxes included?   Yes ___   No **X** | |
|    b. Is property insurance included?   Yes ___   No **X** | |
| 2. Utilities:   a. Electricity and heating fuel | $ **0.00** |
|             b. Water and sewer | $ **0.00** |
|             c. Telephone | $ **110.00** |
|             d. Other _____ | $ **0.00** |
| 3. Home maintenance (repairs and upkeep) | $ **0.00** |
| 4. Food | $ **315.00** |
| 5. Clothing | $ **88.00** |
| 6. Laundry and dry cleaning | $ **50.00** |
| 7. Medical and dental expenses | $ **144.00** |
| 8. Transportation (not including car payments) | $ **182.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ **100.00** |
| 10. Charitable contributions | $ **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|          a. Homeowner's or renter's | $ **0.00** |
|          b. Life | $ **0.00** |
|          c. Health | $ **0.00** |
|          d. Auto | $ **0.00** |
|          e. Other _____ | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|     (Specify)  **Taxes deducted from unemployment compensation** | $ **35.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|          a. Auto | $ **0.00** |
|          b. Other  **See Detailed Expense Attachment** | $ **104.08** |
| 14. Alimony, maintenance, and support paid to others | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ **0.00** |
| 17. Other _____ | $ **0.00** |
|      Other _____ | $ **0.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ **2,671.35** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ **3,263.50** |
| b.  Average monthly expenses from Line 18 above | $ **2,671.35** |
| c.  Monthly net income (a. minus b.) | $ **592.15** |

B6J (Official Form 6J) (12/07)

In re **Howard Scott Linker**            Case No. **13-13216-shl**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Installment Payments:**

| | |
|---|---:|
| Payment for virtual mailing address | $ 25.00 |
| Payment to Provident Loan Society | $ 75.00 |
| Safe Deposit Box ($49/year) | $ 4.08 |
| **Total Other Installment Payments** | $ **104.08** |