

# Belkin Burden Wenig & Goldman, LLP

ATTORNEYS AT LAW

270 Madison Avenue
New York, NY 10016
Tel 212. 867. 4466
Fax 212. 297. 1859

495 Post Road East
Westport, CT 06880
Tel 203. 227. 1534
Fax 203. 227. 6044

www.bbwg.com

S. Stewart Smith
*Partner*
212. 867. 4466 Ext 322
ssmith@bbwg.com

December 4, 2013

Honorable Sean H. Lane
United States Bankruptcy Court of the
  Southern District of New York
Alexander Hamilton Customs House
One Bowling Green
New York, New York 10004-1408

RE: In re: Howard Scott Linker
    Case No. 13-13216-SHL

Dear Honorable Sir:

This firm represents ST Owner LP, a creditor in the above-referenced matter. On November 4, 2013, this office filed a motion on behalf of ST Owner LP for an Order Terminating, Annulling or Modifying the Automatic Stay (the "Motion"). A hearing before your Honor on the Motion is scheduled for December 5, 2013 at 10:00 A.M.

I am pleased to report that the above Motion has been settled on consent. As discussed with Chambers this morning, we are in the process of circulating a stipulation which we will submit to your Honor with a Notice of Presentment in accordance with the Court's procedures, once it has been fully executed.

Thank you for your kind attention to this matter. Please contact me if I may be of any assistance to the Court.

Respectfully yours,

S. Stewart Smith

SSMITH/4819.5149/1279677