| | |
|---|---|
| WILLIAM K. HARRINGTON | <u>Hearing Date and Time:</u> |
| United States Trustee for Region 2 | July14, 2015 at 10:00 a.m. |
| U.S. Department of Justice | |
| Office of the United States Trustee | |
| U.S. Federal Office Building | |
| 201 Varick Street, Room 1006 | |
| New York, NY 10014 | |
| Tel. (212) 510-0500 | |
| By:    Paul K. Schwartzberg, Esq., Trial Attorney | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                             :
                                                  :        Case No.  13-13216 (SHL)
HOWARD SCOTT LINKER,               :
                                                  :        Chapter 7
                          Debtor.          :
---------------------------------------------------------- x

### NOTICE OF MOTION AND MOTION FOR: (1) DISMISSAL OF THE CHAPTER 7 CASE, OR (2) DIRECTING THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS AND EXTENDING THE TIME TO OBJECT TO THE DEBTOR'S DISCHARGE <u>AND DISCHARGEABILITY OF DEBTS</u>

**NOTICE IS HEREBY GIVEN** that the Court has scheduled a hearing to consider the motion of William K. Harrington, the United States Trustee for: (1) an order pursuant to Section 707(a) of the Bankruptcy Code dismissing of this Chapter 7 bankruptcy case or; (2) an order pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure, extending the time to object to the Debtor's discharge and the dischargeability of the Debtor's debts. The hearing will be conducted by the Honorable James L. Garrity, U.S. Bankruptcy Judge, on July 14, 2015, at 10:00 a.m. at the United States Bankruptcy Court, One Bowling Green, Rm. 601, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that responsive papers, with proof of service, shall be filed with the Clerk of the Court, with copies delivered directly to Judge Garrity's chambers, and served on the U.S. Trustee at U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014 (Attn.: Paul K. Schwartzberg, Esq.), so as to be

received at least seven days before the hearing. If the Debtor does not appear at the hearing on this motion, the motion may be granted on default.

Dated:     New York, New York                WILLIAM K. HARRINGTON
           May 21, 2015                       UNITED STATES TRUSTEE

                                              By */s/ Paul K. Schwartzberg*
                                                   Trial Attorney

    Upon the affirmation of Deborah J. Piazza, the Chapter 7 Trustee, on file with the Court, the U.S. Trustee hereby moves, pursuant to Section 707(a) of the Bankruptcy Code, for an order dismissing the captioned case due to the unexcused failure of the Debtor to appear on March 5, 2015, April 15, 2015 and May 13, 2015 at the meeting of creditors mandated by Section 341(a) of the Bankruptcy Code; or directing the Debtor to appear on _____, 2015, at 10:00 a.m., for the required Section 341(a) meeting of creditors, and extending the time for the Chapter 7 Trustee and the U.S. Trustee to object to the Debtor's discharge and dischargeability of particular debts until 60 days following the above-referenced date for the Section 341(a) meeting.

Dated:     New York, New York                WILLIAM K. HARRINGTON
           May 21, 2015                       UNITED STATES TRUSTEE

                                              By */s/ Paul K. Schwartzberg*
                                                   Paul K. Schwartzberg
                                                   Trial Attorney

2